1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIO CASTILLO, | ) | 1:07cv00814-OWW-NEW (DLB) (HC) |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING IN FORMA PAUPERIS STATUS |
| WARDEN MENDOZA-POWER, | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   **June 11, 2007**           **/s/ Dennis L. Beck**
                          UNITED STATES MAGISTRATE JUDGE