IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO CASTILLO, | 1:07-cv-00814-OWW-GSA (HC) |
| Petitioner, | |
| vs. | ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| WARDEN MENDOZA-POWER, | (DOCUMENT #14) |
| Respondent. | |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On October 15, 2007, petitioner filed a motion to extend time to file his traverse. Inasmuch as petitioner filed the traverse on October 15, 2007, and good cause having been presented to the court, IT IS HEREBY ORDERED that:

Petitioner's motion to extend time to file his traverse is GRANTED nunc pro tunc.


IT IS SO ORDERED.

Dated:   **November 1, 2007**          **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE